■ MELODY PALMER, Respondent, v GEORGE W. LONG, INC., Doing Business as SEA BREEZE PARK, Appellant. [632 NYS2d 1008] —Order unanimously affirmed without costs. Memorandum: There is no merit to the contention of defendant that Supreme Court erred in placing this case on the pre-note calendar for Supreme Court, Monroe County. CPLR 3404 does not apply to this case because by its very terms it applies only where a case is "marked 'off' or struck from the calendar or unanswered on a clerk's calendar call, and not restored within one year thereafter". There is no evidence in the record to support defendant's assertion that the case was stricken from Justice Cornelius' pre-note calendar. In any event, plaintiff established that she never intended to abandon the action (see, Beaugene v Duo-Fast Corp., 206 AD2d 971). (Appeal from Order of Supreme Court, Monroe County, Cornelius, J.—Restore to Calendar.) Present—Pine, J. P., Fallon, Callahan, Doerr and Davis, JJ.

■ JAGDISH MANGLA, Appellant, v GENERAL MOTORS CORPORATION et al., Respondents. (Appeal No. 2.) [632 NYS2d 995] —Appeal unanimously dismissed without costs (see, Empire Ins. Co. v Food City, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Monroe County, Frazee, J.—Reargument.) Present—Pine, J. P., Fallon, Callahan, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BURKS, SR., Appellant. [632 NYS2d 354] —Judgment unanimously affirmed. Memorandum: We reject the contention that defendant's absence from a Sandoval and Ventimiglia conference warrants reversal. Subsequent proceedings held in open court in defendant's presence constituted a de novo Sandoval and Ventimiglia hearing (see, People v Vargas, 201 AD2d 963, lv denied 83 NY2d 859; People v Russell, 191 AD2d 1001, lv denied 81 NY2d 1019; People v Berger, 188 AD2d 1073, 1074, lv denied 81 NY2d 881). (Resubmission of Appeal from Judgment of Onondaga County Court, Mulroy, J.—Scheme to Defraud, 1st Degree.) Present—Green, J. P., Lawton, Fallon, Doerr and Davis, JJ.